IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ALVIN WESLEY KING, a/k/a Wes King                                         PLAINTIFF

v.                                  Case No. 1:25-cv-1036

SHERIFF TOMMY STURGEON; and
JAIL ADMINISTATOR JOHHNY GUY,
Ashley County Detention Center                                           DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Upon preservice screening of Plaintiff's Complaint (ECF No. 1) pursuant to 28 U.S.C. § 1915A, Judge Ford recommends that: 1) Plaintiff's individual and official capacity claims against Defendants regarding his conditions of confinement proceed, and 2) all other claims be dismissed without prejudice for failure to state a claim. No party has objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 8) in toto. Accordingly, Plaintiff's individual and official capacity claims against Defendants regarding his conditions of confinement may proceed. All other claims are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 25th day of June, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge